JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Nisan Harrill,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Optio Solutions, LLC d/b/a Qualia Collection ServiceS,<br><br>　　　　Defendant. | Case No.: 2:17-cv-00719-R-JEM<br><br>**ORDER** |

　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Date:  June 27, 2017

_____

Hon. Judge Manuel L. Real